**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| In re:<br><br>       ERIC WAYNE GRIFFITH,<br>Address:   207 Sagun Drive<br>         Fredericksburg, VA 22407<br><br>   Debtor(s).<br>         ESTATE OF ROBERT P.<br>GRIFFITH<br>CoDebtor(s)<br><br>VENTURES TRUST 2013-I-H-R<br>   Plaintiff,<br><br>v.<br><br>ERIC WAYNE GRIFFITH,<br>Debtor(s)<br>ESTATE OF ROBERT P. GRIFFITH<br>CoDebtor(s)<br>CARL M. BATES<br>Trustee<br><br>   Defendants. | CASE NO: 13-32889-KLP<br><br>CHAPTER 13 |

## ORDER GRANTING RELIEF FROM CO-DEBTOR STAY

Upon consideration of the motion of VENTURES TRUST 2013-I-H-R ("Plaintiff."), to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. § 1301 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust contingent upon the lifting of Section 362 stay, as it pertains to the real property located at 207 Sagun Drive, Fredericksburg, VA 22407, and is more particularly described as follows:

ALL THAT CERTAIN TRACT OR REAL ESTATE SITUATED IN COURTLAND

T. Jackson Stewart, VSB# 48412
Brock & Scott, PLLC
484 Viking Dr., Ste. 203
Virginia Beach, VA 23452
757-213-2959
vaecf@brockandscott.com
*Counsel for the Movant*

MAGISTERIAL DISTRICT, SPOTSYLVANIA COUNTY, VIRGINIA, DESCRIBED AS LOT 254, SECTION THREE-A, MILL GARDEN SOUTH, ALL AS SHOWN AND DESCRIBED ON A PLAT PREPARED BY SULLIVAN, DONAHOE AND INGALLS DATED NOVEMBER 2, 1983, ENTITLED "PLAT OF SUBDIVISION, SECTION THREE-A, MILL GARDEN SOUTH," WHICH PLAT IS RECORDED IN THE CLERK'S OFFICE OF THE CIRCUIT COURT OF SPOTSYLVANIA COUNTY, VIRGINIA, IN PLAT BOOK 15, AT PAGES 31 AND 32, SUBJECT TO THAT CERTAIN DEED OF DEDICATION DATED DECEMBER 9, 1983, AND RECORDED IN THE AFORESAID CLERK'S OFFICE IN DEED BOOK 603, AT PAGE 703.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

FURTHER ORDERED that the Movant shall promptly notify the Chapter 13 Trustee in writing of the results of any foreclosure of the subject deed and pay the Chapter 13 Trustee any excess funds received from such foreclosure sale, to be disbursed upon further order of the Court.

May 27 2015
ENTERED this ____ day of ____ 2015

/s/ Keith L. Phillips
JUDGE

Entered on Docket: May 28 2015

**I ASK FOR THIS:**

/s/ T. Jackson Stewart
T. Jackson Stewart, VSB# 48412
Brock & Scott, PLLC

484 Viking Dr., Ste. 203
Virginia Beach, VA 23452
757-213-2959
vaecf@brockandscott.com
*Counsel for the Movant*


**SEEN:**

/s/Carl M. Bates
Carl M. Bates
P. O. Box 1819
Richmond, VA 23218
*Trustee*

**CERTIFICATE**

    I hereby certify that this proposed Order has been endorsed by all necessary parties involved in this proceeding.

                              /s/ T. Jackson Stewart
                              T. Jackson Stewart, VSB# 48412

The Clerk shall mail a copy of the entered Order to the following:

Walter L. Ragland
P. O. Box 675
Thornburg, VA 22565
*Counsel for Debtor*

Eric Wayne Griffith
ESTATE OF ROBERT P. GRIFFITH
207 Sagun Drive
Fredericksburg, VA 22407
*Debtor*

Carl M. Bates
P. O. Box 1819
Richmond, VA 23218
*Trustee*

T. Jackson Stewart
Brock & Scott, PLLC
484 Viking Dr., Ste. 203
Virginia Beach, VA 23452
*Counsel for the Movant*

**CERTIFICATE**

    The undersigned certified that the foregoing Order Granting Relief from Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made:

                              /s/Trenita Jackson Stewart
                              Attorney for Movant